## (December 1, 1955)

■ In the Matter of MINISTERS, ELDERS & DEACONS OF THE REFORMED PROTESTANT DUTCH CHURCH OF THE CITY OF NEW YORK, Respondent, against NATHAN DONFER et al., Respondents, and NATHAN GREENBAUM & CO. INC., Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

■ PAVIA & Co. S. P. A., et al., Appellants, v. SIEGEL CHEMICAL CO., INC., Defendant and Third-Party Plaintiff-Respondent. GREAT EASTERN PACKING & PAPER STOCK CORPORATION, Third-Party Defendant-Respondent.— Motion denied. The parties should be able to stipulate to eliminate from the printed record on appeal such parts of the examinations as are not essential to the questions presented on the appeal. Costs and disbursements may be imposed upon respondents if the printed record on appeal is found to be needlessly extended. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

## (December 6, 1955)

■ WILLIAM D. LUBCHUK, as Administrator of the Estate of DENIS LUBCHUK, Deceased, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

■ JOHANNA BERCOVITZ, Respondent, v. AGRICULTURAL INSURANCE COMPANY OF WATERTOWN, NEW YORK, Appellant.— Determination unanimously affirmed, with costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See *post,* p. 773.]

■ HERBERT PERLMUTTER, Appellant, v. BENN TISCHLER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

■ In the Matter of MEYER E. RUBENSTEIN, Appellant, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See *post,* p. 804.]

■ FRANK E. BOYLE, Individually and as Administrator with the Will Annexed of MARY T. SWEET, Also Known as MARY T. HENDRICKS, Deceased, Appellant, v. AARON HOCHRON, Respondent, et al., Defendant.— Order and judgment unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.